UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED EL MAJDOUBI,, <br> Plaintiff, <br> v. <br> IAN MCCULLOUGH, et al., <br> Defendants. | Case No. 25-cv-02469-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on August 12, 2025. Having considered the parties' proposal, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 11, 2025 |
| Close of Fact Discovery | January 9, 2026 |
| Exchange of Opening Expert Reports | January 24, 2026 |
| Exchange of Rebuttal Expert Reports | February 8, 2026 |
| Close of Expert Discovery | February 23, 2026 |
| Dispositive Motion Hearing Deadline | April 9, 2026, at 2:00 p.m. |
| Pretrial Conference | July 28, 2026, at 3:00 p.m. |
| Jury Trial (5 days) | August 17, 2026, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's standing orders.
3    **IT IS SO ORDERED.**
4 Dated:    8/12/0025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge