BRIAN E. WASHINGTON, COUNTY COUNSEL
Edward F. Sears, Deputy County Counsel (SBN 297775)
Jacy C. Dardine, Deputy County Counsel (SBN 294294)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
Email: ned.sears@marincounty.gov
       jacy.dardine@marincounty.gov

Attorneys for Defendants
COUNTY OF MARIN
and IAN MCCULLOUGH

STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff
MOHAMMED EL MAJDOUBI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED EL MAJDOUBI;<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MARIN COUNTY, MARIN COUNTY SHERIFF DEPUTY IAN MCCULLOUGH, AND DOES 1-50,<br><br>　　　　Defendants. | Case No.: 4:25-cv-02469-HSG<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>Complaint Filed:　March 11, 2025<br><br>Trial Date:　　　　August 17, 2026 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), plaintiff Mohammed El Majdoubi ("plaintiff") and defendants County of Marin and Ian McCullough ("Defendants"), by and through their

respective attorneys of record, hereby stipulate as follows:

**I.   Background of Case**

WHEREAS, this action arises from plaintiff's allegations that he was subjected to excessive force in violation of his constitutional rights while being booked into the Marin County Jail on March 11, 2023. Plaintiff asserts claims under 42 U.S.C. § 1983 against defendants County of Marin and Ian McCullough.

**II.   Procedural History**

WHEREAS, on August 12, 2025, the Court issued a Scheduling Order (ECF Dkt. No. 20);

WHEREAS, the Close of Fact Discovery is on January 9, 2026;

WHEREAS, a Settlement Conference with Magistrate Judge Thomas S. Hixson is scheduled for January 16, 2026 (ECF Dkt. No. 33);

WHEREAS, Exchange of Opening Expert Reports is on January 24, 2026;

WHEREAS, Exchange of Rebuttal Expert Reports is on February 8, 2026;

WHEREAS, Close of Expert Discovery is on February 23, 2026;

WHEREAS, the Dispositive Motion Hearing Deadline is on April 9, 2026;

WHEREAS, the Pretrial Conference is on July 28, 2026;

WHEREAS, a Jury Trial is scheduled on August 17, 2026.

**III.   Good Cause for Requested Continuance**

WHEREAS, the parties have been diligently engaging in written discovery in good faith;

WHEREAS, the parties are working collaboratively to schedule the depositions of plaintiff and three (3) County-affiliated witnesses between now and January 16, 2026;

WHEREAS, the parties jointly requested that Magistrate Judge Thomas S. Hixson schedule a settlement conference in early December 2025 to allow sufficient time for the parties to explore settlement before the close of discovery;

WHEREAS, due to the unavailability of Judge Hixson in December and early January, the earliest date the Court could accommodate for the settlement conference was January 16, 2026 (ECF Dkt. No. 33);

WHEREAS, the parties believe that it would promote judicial economy and conserve the parties'

resources to focus their efforts on preparing for, and participating in, the settlement conference before completing additional fact and expert discovery;

WHEREAS, absent the relief requested herein, the parties would be required to complete all fact and the majority of expert discovery, and incur the associated expenses, prior to participating in an early settlement conference;

WHEREAS, the parties believe that a ninety (90) day continuance of pretrial deadlines and the trial date will allow the parties to complete necessary discovery and engage in meaningful settlement negotiations;

WHEREAS, the parties have been cooperatively working together and submit that the relief requested herein will not result in undue prejudice and will preserve judicial resources and streamline the resolution of this case;

WHEREAS, no party in this matter will be unfairly prejudiced by a continuance of the pretrial deadlines and trial date by ninety (90) days;

WHEREAS, this is the parties' first request for a continuance in this matter;

WHEREAS, in light of the foregoing, the parties submit that good cause exists for the brief extension and relief jointly sought by the parties herein;

IT IS THEREFORE STIPULATED by and between the parties that the depositions of plaintiff, defendant Ian McCullough, and three (3) County-affiliated witnesses shall be scheduled and completed by January 16, 2026;

IT IS FURTHER STIPULATED by and between the parties that good cause exists for the Court to issue an order continuing the following deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of Fact Discovery | January 9, 2026 | March 9, 2026 |
| Exchange of Opening Expert Reports | January 24, 2026 | March 24, 2026 |
| Exchange of Rebuttal Expert Reports | February 8, 2026 | April 8, 2026 |
| Close of Expert Discovery | February 23, 2026 | April 23, 2026 |

| Dispositive Motion Hearing Deadline | April 9, 2026 at 2:00 p.m. | June 11, 2026 at 2:00 p.m. |
|---|---|---|
| Pretrial Conference | July 28, 2026 at 3:00 p.m. | November 3, 2026 at 3:00 p.m. |
| Jury Trial (5 days) | August 17, 2026 at 8:30 a.m. | November 23, 2026 at 8:30 a.m. |

**IT IS SO STIPULATED.**

Dated:                                             OFFICE OF THE COUNTY COUNSEL
                                                   COUNTY OF MARIN


                                                   */s/* Edward F. Sears
                                                   Edward F. Sears
                                                   Jacy C. Dardine
                                                   Attorneys for Defendant
                                                   COUNTY OF MARIN


Dated:                                             LAW OFFICE OF STANLEY GOFF


                                                   */s/* Stanley Goff[1]
                                                   Stanley Goff
                                                   Attorneys for Plaintiff
                                                   MOHAMMED EL MAJDOUBI

---

[1] In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

**ORDER**

The Court has reviewed the Stipulation of the parties and finds that good cause exists to amend its Scheduling Order (ECF Dkt. No. 20) as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of Fact Discovery | January 9, 2026 | March 9, 2026 |
| Exchange of Opening Expert Reports | January 24, 2026 | March 24, 2026 |
| Exchange of Rebuttal Expert Reports | February 8, 2026 | April 8, 2026 |
| Close of Expert Discovery | February 23, 2026 | April 22, 2026 |
| Dispositive Motion Hearing Deadline | April 9, 2026 at 2:00 p.m. | June 11, 2026 at 2:00 p.m. |
| Pretrial Conference | July 28, 2026 at 3:00 p.m. | November 3, 2026 at 3:00 p.m. |
| Jury Trial (5 days) | August 17, 2026 at 8:30 a.m. | November 23, 2026 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:   12/8/2025



HAYWOOD S. GILLIAM, JR.
United States District Judge

DENIED
Judge Haywood S. Gilliam Jr.